UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CURTIS PHILLIPS, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:17-mj-00012-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

**FILED**
January 26, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Curtis Phillips</u>; Case <u>2:17-mj-00012-EFB</u> from custody and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of <u>$100,000.00</u>, cosigned by defendant's wife, Michelle Phillips

___   Appearance Bond with 10% Deposit

___   Secured Appearance Bond

___   Corporate Surety Bail Bond

_X_   (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>1/26/2017</u> at 3:10 pm.

By _____
Kendall J. Newman
United States Magistrate Judge